Before the First Division, June 30, 1954

**No. 58231.**—B. Shackman & Co. and S. Stern Henry & Co. *v.* United States, protest 172554–K (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer and celluloid sleds the same in all material respects as those the subject of Abstract 56902, the claim of the plaintiffs was sustained.